JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV 22-06034-MWF (AFM) | **Date:** | **November 4, 2022** |
| **Title:** | G and L 436 Bedford, LLC v. Christopher Vonschlobohm et al. | | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE: MOTION TO REMAND [10]

Before the Court is Plaintiff G and L 436 Bedford, LLC ("G&L's") Motion to Remand (the "Motion"), filed on September 23, 2022. (Docket No. 10). Defendant Christopher Vonschlobohm filed an Opposition on October 17, 2022. (Docket No. 12). Defendant Winchrist Prime LLC joined the Opposition on October 22, 2022. (Docket No. 13). No Reply was filed.

The Motion was noticed to be heard on **October 31**, **2022**. The Court read and considered the papers on the Motion and deemed the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing was therefore **VACATED** and removed from the Court's calendar.

For the reasons stated below, the Motion is **GRANTED**. There is not complete diversity between the parties so the Court does not have jurisdiction.

I.   **BACKGROUND**

Plaintiff initiated this action in Los Angeles County Superior Court on May 11, 2022. (*See* Notice of Removal ("NoR") at 8 (Docket No. 1)). Defendant removed the action to federal court based on diversity jurisdiction on May 16, 2022. (*See id*. at 4).

Plaintiff alleged causes of action for Open Book Account, Account Stated, and Reasonable Value, based on a landlord-tenant dispute. (*See id*. at 10–12).

---

**CIVIL MINUTES—GENERAL**                                                                 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 22-06034-MWF (AFM) | **Date:** November 4, 2022 |
| **Title:** G and L 436 Bedford, LLC v. Christopher Vonschlobohm et al. | |

Plaintiff is a Delaware limited liability company. (*Id*. at 9). The sole member of Plaintiff is HCN G&L DownREIT II, LLC, a Delaware limited liability company. (Motion at 4; Declaration of Ryan Rothacker ("Rothacker Decl."), Ex. 2). One of four members of HCN G&L DownREIT II, LLC is Milner Investment Corporation, a California Corporation. (Motion at 4; Rothacker Decl., Ex.3; Second Declaration of Ryan Rothacker (Docket No. 11), Ex. 5).

Defendants Christopher Vonshlobohm, Susan Evans, M.D., and Winston Spell are citizens of the State of California. (NoR at 3).

## II. **LEGAL STANDARD**

"On a plaintiff's motion to remand, it is a defendant's burden to establish jurisdiction by a preponderance of the evidence." *Taylor v. United Road Services*, CV 18-00330-LJO (JLTx), 2018 WL 2412326, at *2 (E.D. Cal. May 29, 2018) (citing *Dart Cherokee Basin Operating Co. v. Owens*, 547 U.S. 81, 86-87 (2014); *Rodriguez v. AT&T Mobility Servs., LLC*, 728 F.3d 975, 978 (9th Cir. 2013)). The non-moving party bears the burden of identifying "a legitimate source of the court's jurisdiction" and "[d]isputed questions of fact and ambiguities in the controlling law must be resolved in favor of the remanding party." *Pac. Mar. Ass'n v. Mead*, 246 F. Supp. 2d 1087, 1089 (N.D. Cal. 2003) (citing *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992)). Removability is determined based on the removal notice and the complaint as it existed at the time of removal. *See Miller v. Grgurich*, 763 F.2d 372, 373 (9th Cir. 1985).

Under 28 U.S.C. § 1441(a), a civil action may be removed to the district court where the action is pending if the district court has original jurisdiction over the action. Under 28 U.S.C. § 1332, a district court has original jurisdiction of a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the dispute is between "citizens of different states."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV 22-06034-MWF (AFM)					Date:  November 4, 2022
Title:     G and L 436 Bedford, LLC v. Christopher Vonschlobohm et al.

## III.  DISCUSSION

### A.  Removal

Plaintiff moves to remand on the basis that the Court lacks diversity jurisdiction because there is not complete diversity between the parties, as Plaintiff and three Defendants are citizens of California. (*See* Motion at 3).

It is plain that a "lack of complete diversity deprives the Court of subject matter jurisdiction." *Shaw v. Nike Retail Servs., Inc.*, No. CV 21-4322-SB (MRWx), 2021 WL 2920612, at *2 (C.D. Cal. July 9, 2021) (citing *Moises v. Par Pac. Holdings, Inc.*, No. CV 20-533 JAO-RT, 2021 WL 600951, at *1 n.2 (D. Haw. Feb. 16, 2021)).

For the purposes of diversity, the citizenship of an LLC is the citizenship of its members. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens."). If any member of an LLC is itself a partnership or association (or another LLC), the federal court must know the citizenship of each "sub-member" as well. *V & M Star, LP v. Centimark Corp.*, 596 F.3d 354, 356 (6th Cir. 2010).

Here, G&L's filing with the Secretary of State shows that HCN G&L DownREIT II, LLC is G&L's managing member. (Rothacker Decl., Ex.1). The Limited Liability Company Agreement of HCN DownREIT II, LLC shows that Milner Investment Corporation is a member of HCN DownREIT, II, LLC. (Second Rothacker Decl, Ex. 5). Finally, Milner Investment Corporation's filing with the California Secretary of State shows that it is a California corporation. (Rothacker Decl., Ex. 3). Accordingly, G&L has California citizenship for the purposes of diversity.

Because the non-diverse nature of the parties is clear, the Court lacks jurisdiction.

---

**CIVIL MINUTES—GENERAL**                                                                 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 22-06034-MWF (AFM)          **Date:**  November 4, 2022
**Title:**      G and L 436 Bedford, LLC v. Christopher Vonschlobohm et al.

     Accordingly, the Motion is **GRANTED** and this action is **REMANDED**. The Clerk of Court is **ORDERED** to return this action to the Superior Court of the State of California for the County of Los Angeles.

     IT IS SO ORDERED.